THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* FRANK X. HASSE, Appellant.

Submitted November 13, 1944; decided November 22, 1944.

*Charles P. Sullivan, District Attorney* (*James F. T. Delaney* of counsel), for motion.

*Frank X. Hasse,* in person, opposed.

Motion granted and appeal dismissed on the ground that no appeal can be taken to this Court.